IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HISENSE COMPANY LTD., HISENSE VISUAL TECHNOLOGY CO. LTD. F/K/A QINGDAO HISENSE ELECTRIC CO. LTD., HISENSE INTERNATIONAL CO. LTD., HISENSE INTERNATIONAL (HONG KONG) AMERICA INVESTMENTS CO. LTD., AND HISENSE INTERNATIONAL (HK) CO. LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 4:23-cv-419-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff Freedom Patents LLC ("Freedom Patents") and Defendants Hisense Company Ltd., Hisense Visual Technology Co. Ltd. f/k/a Qingdao Hisense Electric Co. Ltd., Hisense International Co. Ltd., Hisense International (Hong Kong) America Investments Co. Ltd., and Hisense International (HK) Co. Ltd. (collectively, "Hisense" or "Defendants").  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Freedom Patents against Hisense in this action and all counterclaims asserted by Hisense against Freedom Patents are hereby dismissed without prejudice.  It is further

**ORDERED** that Freedom Patents and Hisense shall bear their own costs, expenses, and legal fees in this case.

**SIGNED this 26th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE